IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EDGAR ALLEN HAYES,** : | |
| Petitioner, : | |
| vs. : | **CIVIL ACTION NO. 03-0877-WS-B** |
| **WARDEN CHERYL PRICE, et al.,** : | |
| Respondents. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's action be **DISMISSED** as barred by the statute of limitations.

**DONE** and **ORDERED** this 6th day of July, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE