IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EDGAR ALLEN HAYES,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 03-0877-WS-B |
| **WARDEN CHERYL PRICE, et al.,** | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby DENIED.

**DONE** and **ORDERED** this 6th day of July, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE